JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RIGOBERTO PEREZ, | ) | Case No. CV 09-4600-MLG |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: March 18, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge